DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707 544-5500 FAX(707)544-0475

Entered on Docket
September 22, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 21, 2020



_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

**DANIEL JACOB NOWAK**

Case No.: 20-30245 DM

Chapter 13

Debtor(s)

### ORDER CONFIRMING CHAPTER 13 PLAN

After notice and opportunity for a hearing it is determined that the Chapter 13 plan satisfies the requirements of 11 U.S.C. § 1325. Therefore, **IT IS ORDERED** that the plan filed at docket **#26** is confirmed.

### ATTORNEY FEES

**IT IS FURTHER ORDERED** that the attorney's fees for the debtor(s)' attorney in the full amount of **$5,300.00** are approved, **$500.00** of which was paid prior to the filing of the petition. Provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and Their Attorneys, the balance of **$4,800.00,** shall be paid by the chapter 13 Trustee from plan payments in accordance with Section 5 of the plan.

\* \* \* \* \* END OF ORDER \* \* \* \* \*

## Court Service List

DANIEL JACOB NOWAK
2910 ANZA STREET, #1
SAN FRANCISCO, CA 94121