```
BANKRUPTCY CENTER OF
JOHN D. RAYMOND
JOHN D. RAYMOND, ESQUIRE
STATE BAR NO. 129599
2000 VAN NESS AVENUE, STE. 205
P.O. BOX 642535
SAN FRANCISCO, CA 94164-2535

TEL: (415) 351-2265

Attorney for Debtor(s)
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 |
|---|---|
| DANIEL JACOB NOWAK, | Case No. **20-30245 DM** |
| Debtor(s). | APPLICATION TO MODIFY CHAPTER 13 PLAN |

The Debtor(s) respectfully request that the Court modify debtor(s) Chapter 13 Plan as follows:

   1.     The monthly Plan payments shall be:
           Suspend for all arrearages through
           Increase to $    , effective
           Other: Term of 60 months

   2.     The secured claims shall be modified as follows:
           The secured claims of the following creditors shall be <u>added</u> as follows:

| CREDITOR NAME | VALUE OF COLLATERAL | MONTHLY PAYMENT (if fixed) | INTEREST RATE (must be specified) |
|---|---|---|---|
| | | | |

           The treatment of certain secured creditor(s) shall be modified as follows:

| CREDITOR NAME | VALUE OF COLLATERAL | MONTHLY PAYMENT (if fixed) | INTEREST RATE (must be specified) |
|---|---|---|---|
| | | | |

   3.     Change the estimated percentage paid to UNSECURED creditor(s) from ____% to ____%.

X  4.     Other modifications: All terms pursuant to attached model plan.

X  5.     Reason(s) for the requested modification(s): Debtor had a temporary loss of disposable income

X  6.     The Chapter 13 Plan, as modified, would be completed within (60) months from commencement of the case. The debtor(s) respectfully requests the court enter an order granting the requested modifications as set forth below.

DATED: October 25, 2021         /s/ John D. Raymond

                                        JOHN D. RAYMOND, ESQUIRE
                                        BANKRUPTCY CENTER OF JOHN D. RAYMOND
                                        P.O. Box 642535
                                        San Francisco, CA 94164-2535