DAVID BURCHARD,
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
Tel: (650) 345–7801  Fax: (650) 345–1514
Tel: (707) 544-5500  Fax: (707) 544-0475

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re | ) Case No.: 20-30245 DM |
| | ) |
| DANIEL JACOB NOWAK | ) **TRUSTEE'S OBJECTION TO DEBTOR'S** |
| | ) **MOTION TO MODIFY CHAPTER 13** |
| Debtor. | ) **PLAN** |
| | ) |
| | ) |
| | ) |

**TO THE UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S)' COUNSEL,
DEBTOR(S), AND OTHER PARTIES IN INTEREST:**

David Burchard, Chapter 13 Trustee ("Trustee"), for the Santa Rosa and San Francisco
Divisions of the United States Bankruptcy Court for the Northern District of California, hereby
submits the following Objection to the Motion to Modify Chapter 13 Plan proposed by
Debtor(s), filed on October 25, 2021.  This objection is based upon all pleadings, papers and
documents filed herein, together with those matters of which judicial notice has been requested,
and any oral argument, which may be presented.

///

///

///

///

///

1

The Trustee is unable to verify the basis for the motion to modify and Debtor's substantial change in income and/or expenses without Debtor providing the following information:

    \_\_\_\_    Updated Schedules I and J, utilizing the schedules effective December 2015.

  X    A signed copy of the debtor's filed 2020 Federal Income Tax Return

    \_\_\_\_  Verification of income to substantiate change in plan payments in the form of payment advices for the last 60 days. If the debtor does not receive payment advices, the Trustee requests copies of bank statements for the last 2 months from all bank accounts in which debtor is a signatory.

  X    Other:

    (1) The model plan attached to the motion to modify has not been signed by the debtor. Trustee requests the plan be signed by the debtor.

    (2) Trustee requests a filed declaration regarding debtor's temporary loss of disposable income.

    (3) Section 7.03 of the modified plan indicates the balance owed on the claim of Volvo Financial as $5,379.72; however, the current balance (including principal and accrued interest) is $5,433.33. Trustee requests a modified plan which correctly reflects the amount paid to this creditor.

    (4) Section 7.04 of the modified plan indicates the balance owed on the claim of Freedomroad Financial as $528.29; however, the current balance (including principal and accrued interest) is $533.57. Trustee requests a modified plan which correctly reflects the amount paid to this creditor.

Therefore, the Trustee requests that this objection be sustained, Debtor's Application to Modify Chapter 13 Plan be denied, and other relief this Court deems proper.

Dated:  October 28, 2021           /s/ David Burchard
                                   DAVID BURCHARD
                                   CHAPTER 13 TRUSTEE

Case: 20-30245   Doc# 39   Filed: 10/28/21   Entered: 10/28/21 08:20:11   Page 2 of 3

## **CERTIFICATE OF SERVICE**

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DANIEL JACOB NOWAK
2910 ANZA STREET, #1
SAN FRANCISCO, CA 94121

The following recipients have been served via Court's Notice of Electronic Filing:

JOHN D RAYMOND
bankruptcycenter@sbcglobal.net

Dated: October 28, 2021                          BRISA RAMIREZ
                                                 _____
                                                 BRISA RAMIREZ

3